UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 5:19-cv-00429-ODW (SHKx) | Date | September 29, 2021 |
|---|---|---|---|
| Title | *Kawasaki Corley et al. v. FedEx Ground Package System, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**      **Order STRIKING Motion for Class Certification [54] and DENYING Motions to Exceed Page Limitations [61] [66]**

An oversight regarding a local formatting rule has spawned a hydra of briefing regarding the page limits for Plaintiff's class certification motion.  FedEx is correct that Plaintiff violated Local Rule 11-3.6 by single-spacing block quotations in the memorandum supporting the Motion for Class Certification.  C.D. Cal. L.R. 11-3.6; *see also* ODW Courtroom Rules § VII.A.3 ("Filings that do not conform to the Local Rules and this Order will not be considered.").  By contrast, FedEx has not shown good cause to materially increase the page limit for its Opposition to Plaintiff's Motion for Class Certification.

Separately, the Court recently noted that the unsealed, unredacted versions of Exhibits 17, 20, and 23 were improperly formatted, causing portions of the Exhibits to be significantly cut off.  (Not. Filer Deficiencies, ECF No. 64.)

Accordingly, the Court orders as follows.

///

///

///

///

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 5:19-cv-00429-ODW (SHKx) | Date | September 29, 2021 |
|-----|--------------------------|------|--------------------|
| Title | *Kawasaki Corley et al. v. FedEx Ground Package System, Inc.* | | |

(1) Plaintiff's Motion for Class Certification (ECF No. 54) is ordered **STRICKEN** for violation of Local Rule 11-3.6 regarding spacing.  The December 6, 2021 hearing is **VACATED**.  Plaintiff has **fourteen (14) days** from the date of this Order to file a corrected motion.  The corrected motion shall comply with Local Rule 11-3.6.  Counsel's signature block must also fit within the page limit.

(2) No additional Application to Seal is required.  The Exhibits filed at ECF No. 63 remain part of the record.  That said, certain parts of the unsealed, unredacted Exhibits at ECF No. 63 appear truncated due to improper formatting, whereas the sealed, unredacted versions of the Exhibits (at ECF No. 57) are properly formatted.  Therefore, Plaintiff is **ORDERED** to re-file (concurrently with the corrected motion) unsealed, unredacted versions of these Exhibits that are properly formatted and identical to those found at ECF No. 57.

(3) FedEx's Motion to Exceed Page Limitation is **DENIED**. (ECF No. 61.)

(4) Plaintiff's Motion to Exceed Page Limitation is **DENIED**.  (ECF No. 66.)

(5) In regard to the class certification motion, no modifications of page limitations are granted, and no further requests will be entertained.  The parties shall limit the size of their class certification briefs in accordance with the Local Rules and the ODW Courtroom Rules.

**IT IS SO ORDERED.**

                                       _____ : \_\_00\_\_

Initials of Preparer    SE