MARLIN & SALTZMAN, LLP
Stanley D. Saltzman, Esq. (SBN 90058)
Cody R. Kennedy, Esq. (SBN 296061)
29800 Agoura Road, Suite 210
Agoura Hills, California  91301
Telephone:   (818) 991-8080
Facsimile:    (818) 991-8081
ssaltzman@marlinsaltzman.com
ckennedy@marlinsaltzman.com

*Attorneys for Plaintiffs Kawaski Corley, individually and on behalf of all others similarly situated and aggrieved*

Scott Voelz (SBN 181415)
svoelz@omm.com
Alexander J. Larro (SBN 287737)
alarro@omm.com
Christianna Kyriacou (SBN 313379)
ckyriacou.omm.com
O'MELVENY & MYERS
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone:   213.430.6000
Facsimile:    213.430.6407.

Jessica G. Scott (*pro hac vice*)
scott@wtotrial.com
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:   303.244.1800
Facsimile:    303.244.1879

*Attorneys For Defendant Fedex Ground Package System Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWASKI CORLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM INC., A DELAWARE CORPORATION; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 5:19-cv-00429-ODW (SHKx)<br><br>Assigned: Hon. Otis D. Wright, II<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)** |

Plaintiff KAWASKI CORLEY ("Plaintiff"), through his counsel of record, on the one hand, and Defendant FEDEX GROUND PACKAGE SYSTEM INC. ("FedEx Ground"), through its counsel of record, on the other hand, HEREBY STIPULATE and agree that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  November 14, 2022          **MARLIN & SALTZMAN, LLP**

By:  s/ Cody R. Kennedy
     Cody R. Kennedy, Esq.
     Attorneys for Plaintiff

DATED:  November 14, 2022          **WHEELER TRIGG O'DONNELL LLP**
                                   **O'MELVENY & MYERS**

By:  s/ Jessica G. Scott
     Jessica G. Scott (*pro hac vice*)
     Attorneys for Defendant

I attest that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

s/ Cody R. Kennedy

2
STIPULATION OF DISMISSAL

**CERTIFICATE OF SERVICE**

I, Cody Kennedy, an attorney, certify that I caused the foregoing document to be served on all counsel of record in this action via the Court's CM/ECF system on November 14, 2022.

                                             s/ Cody R. Kennedy