UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| No. | 5:19-cv-00429-ODW (SHKx) | Date | November 16, 2022 |
|---|---|---|---|
| Title | *Kawaski Corley et al. v. FedEx Ground Package System, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**

Pursuant to the parties' Stipulation of Dismissal with Prejudice, (ECF No. 96), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted by Plaintiff on an individual basis are hereby **DISMISSED WITH PREJUDICE**;

2. To the extent any class claim is viable following the denial of class certification, the entire action and all claims asserted on a classwide basis are hereby **DISMISSED WITHOUT PREJUDICE**;

3. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                                 : 00

Initials of Preparer    SE